TSM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. ___'21 MJ1015___ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) | Title 8, USC 1324(a)(2)(B)(iii) Bringing In Illegal Aliens Without Presentation |
| | ) | |
| Jose BELTRAN-Figueroa, | ) | |
| Juan Alberto LUELLING-Bernal, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned complainant being, duly sworn, states:

On or about March 14, 2021 within the Southern District of California, defendants Jose BELTRAN-Figueroa and Juan Alberto LUELLING-Bernal, knowingly or in reckless disregard of the fact that certain aliens, namely, Ricardo ESCALERA-Rivera, Jorge LEON-Martinez, Juan Carlos MARTINEZ-Cortez, Ramiro PAREDES-Rojas, and Norma Lisseth SANABRIA-Espinosa, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MARCH 15, 2021.

HON. LINDA LOPEZ
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Jose BELTRAN-Figueroa,**
**Juan Alberto LUELLING-Bernal**

## PROBABLE CAUSE STATEMENT

The complainant states that Ricardo ESCALERA-Rivera, Jorge LEON-Martinez, Juan Carlos MARTINEZ-Cortez, Ramiro PAREDES-Rojas, and Norma Lisseth SANABRIA-Espinosa, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 14, 2021, Border Patrol Agent I. Santiago was assigned to the Coastal Border Enforcement Team in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 3:00 PM Agent Santiago received a phone call stating that the U.S. Coast Guard had detained a vessel transporting individuals that may have been smuggled. The Coast Guard towed the vessel and transported all seven individuals to Ballast Point Coast Guard Sub Station to await an immigration inspection. This location is approximately eighteen miles north of the United States/Mexico International Boundary and approximately seven miles west of the San Ysidro Port of Entry.  At approximately 3:50 PM, Agent Santiago arrived at Ballast Point and met with Air Marine Interdiction Officer E. Lerma.  Officer Lerma stated that the U.S. Coast Guard encountered the vessel transiting inbound towards San Diego in the vicinity of buoy No.11, coming northbound from the maritime border with Mexico.

Agent Santiago identified himself as a Border Patrol Agent and performed an immigration inspection of all seven indiviuals, including defendants Jose BELTRAN-Figueroa and Juan Alberto LUELLING-Bernal.  Six of the seven individuals, including BELTRAN and LUELLING, admitted to being citizens and nationals of Mexico, without documents to enter or remain in the United States legally.  One of the seven individuals, Norma SANABRIA-Espinoza, admitted to being a citizen and national of Guatemala without documents to enter or remain in the United States legally.  At approximately 4:05 PM, Agent Santiago placed all seven individuals, including BELTRAN and LUELLING under arrest.

Defendant LUELLING was read his Miranda Rights.  LUELLING understood his rights and was willing to answer questions without an attorney present.  LUELLING stated that a man named "Poncho" gave him a ride to where the boat was.  LUELLING stated that he told "Poncho" that he did not want to go in the cabin, since last time he was smuggled in a boat it capsized in Mexico.  LUELLING stated that "Poncho" instructed him to sit next to the boat captain and assist to refuel the boat.  LUELLING stated that "Poncho" informed him that he would be getting a discounted fee of $14,500.00 USD from $17,000.00 USD, for assisting in

**CONTINUATION OF COMPLAINT:**
**Jose BELTRAN-Figueroa,**
**Juan Alberto LUELLING-Bernal**


fueling the boat. LUELLING stated individuals in the boat assisted him in fueling the boat, since the fuel barrels were to heavy. LUELLING stated that he had some mechanic skills in case something were to happen to the boat. LUELLING stated that the captain of the boat was the defendant BELTRAN.

Material witnesses ESCALERA, LEON, MARTINEZ, PAREDES and SANABRIA, admitted to being citizens of another country, illegally present in the United States, and not having any documents that would allow them to enter or remain in the United States legally. ESCALERA, LEON, MARTINEZ, PAREDES and SANABRIA admitted to making smuggling arrangements and agreed to pay $10,000.00 to $17,000.00 USD. All five material witnesses were each shown a photo lineup and were able to identify BELTRAN as the captain of the boat and LUELLING as the assistant. MARTINEZ and PAREDES stated that once they arrived at the boat, defendants BELTRAN and LUELLING were already there. MARTINEZ, LEON and PAREDES stated that BELTRAN instructed them and the passengers to get on the boat and stay below. MARTINEZ and PAREDES stated that many of the passengers were getting sick and vomiting. MARTINEZ stated that LUELLING asked for help refueling, since the fuel barrels were to heavy. ESCALERA stated that BELTRAN instructed them to not get out of the cabin and overheard LUELLING talking on the cellphone telling another party that they were almost at their destination.